IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KERI CAIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 3-08-1197 |
| DORMAN PRODUCTS, INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' Agreed Motion To Dismiss With Prejudice. Having considered the parties' motion, the Court hereby orders that the case is dismissed with prejudice. Each party shall bear its own costs.

**SO ORDERED.**

August 21, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge